# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



2015 DEC -7 PM 4:31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROMEO ALFONSO SALGUERIO-RETAMOZA,<br><br>Defendant. | CASE NO. 14CR2254-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) as charged in the Indictment/Information:

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/1/2015

Ruben B. Brooks
U.S. Magistrate Judge